

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2021

No. 04-21-00246-CV

**IN THE INTEREST OF R.R., A CHILD,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00605
Honorable Peter Sakai, Judge Presiding

# O R D E R

This is an accelerated appeal from a final order terminating appellants' parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* Tex. R. Jud. Admin. 6.2. The reporter's record was due on June 21, 2021. However, the court reporter, Kristin Anderson, has filed a notification of late record requesting an extension of time to file the reporter's record. The request is GRANTED. The reporter's record is due on or before **July 1, 2021**.

**Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court